1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Cindy Chan (SBN 247495)
   cchan@blakelylawgroup.com
3  BLAKELY LAW GROUP
   915 North Citrus Avenue
4  Hollywood, California 90038
   Telephone: (323) 464-7400
5  Facsimile: (323) 464-7410

6  *Attorneys for Plaintiffs*
   *Coach, Inc. and Coach Services, Inc.*
7

JS-6

NOTE: CHANGES MADE BY THE COURT

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11  COACH, INC., a Maryland Corporation;    ) CASE NO. CV 10-8659 RGK (JEMx)
    COACH SERVICES, INC., a Maryland        )
12  Corporation,                            ) [~~PROPOSED~~] ORDER GRANTING
                                            ) CONSENT JUDGMENT INCLUDING
13                  Plaintiffs,             ) A PERMANENT INJUNCTION AND
                                            ) VOLUNTARY DISMISSAL OF
14          v.                              ) ACTION WITH PREJUDICE
                                            )
15  HEIM DISTRIBUTION, INC., a              )
    California Corporation dba CENTRAL      )
16  DISTRIBUTION, INC.; YOON S.             )
    CHUNG, an individual; and DOES 1-10,    )
17  inclusive,                              )
                                            )
18                  Defendants.             )
                                            )
19                                          )

20       WHEREAS Plaintiffs Coach, Inc. and Coach Services, Inc. ("Coach") and

21  Defendants Heim Distribution, Inc. dba Central Distribution, Inc. and Yoon S. Chung

22  (collectively "Defendants") have entered into a Settlement Agreement and Mutual

23  Release as to the claims in the above referenced matter.  Defendants, having agreed to

24  consent to the below terms, it is hereby:

25       **ORDERED, ADJUDGED, and DECREED** as among the parties hereto that:

26       1.      This Court has jurisdiction over the parties to this Final Judgment and has

27  jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

28

1

**[PROPOSED] ORDER RE CONSENT JUDGMENT INCLUDING VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    2.    **FOR PURPOSES OF THIS ACTION,** Coach is the worldwide owner of the trademark "COACH" and various composite trademarks and assorted design components (collectively "Coach Marks").  Coach Marks include but are not limited to the following marks

| Mark | U.S. Registration No(s). | Registration Date |
|---|---|---|
| "COACH" | 751, 493 | 06/25/1963 |
|  | 1,071,000 | 08/09/1977 |
|  | 2,088,706 | 08/19/1997 |
|  | 3,157,972 | 10/17/2006 |
|  | 3,413,536 | 04/15/2008 |
|  | 3,251,315 | 06/12/2007 |
|  | 3,441,671 | 06/03/2008 |
|  | 2,252,847 | 06/15/1999 |
|  | 2,534,429 | 01/29/2002 |
|  | 1,309,779 | 12/18/1984 |
|  | 2,045,676 | 03/18/1997 |
|  | 2,169,808 | 06/30/1998 |
| Signature "C" Logo  | 2,592,963 | 07/09/2002 |
|  | 2,626,565 | 09/24/2002 |
|  | 2,822,318 | 03/16/2004 |
|  | 2,832,589 | 04/13/2004 |
|  | 2,822,629 | 03/16/2004 |
|  | 3,695,290 | 10/13/2009 |

2

**[PROPOSED] ORDER RE CONSENT JUDGMENT INCLUDING VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

| | | |
|---|---|---|
| <br>Coach "Op Art" Mark | 3,696,470 | 10/13/2009 |
|  | 3,012,585 | 11/08/2005 |
|  | 3,338,048 | 11/11/2007 |
|  | 2,162,303 | 06/02/1998 |
|  | 2,088,707 | 08/19/1997 |

3.      **FOR PURPOSES OF THIS ACTION,** in addition to its ownership of various trademark registrations to the Coach Marks, Coach has valid copyright registrations to many of the Coach Marks as well, including but not limited to the Coach Horse and Carriage Mark (U.S. Copyright Reg. No. VA0001714051 and U.S. Trademark Reg. No. 3,441,671)

[PROPOSED] ORDER RE CONSENT JUDGMENT INCLUDING VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

1    4.    Plaintiffs have alleged that Defendants' importation, distribution,

2  advertisement, offering for sale, and sale of products which infringe upon one or more

3  of the Coach Marks constitute trademark infringement, dilution, copyright

4  infringement and unfair competition under the Lanham Trademark Act, the Copyright

5  Act, and under the common law.

6    5.    Defendants and their agents, servants, employees and all persons in active

7  concert and participation with them who receive actual notice of this Final Judgment

8  are hereby permanently restrained and enjoined from infringing upon the Coach

9  Marks, include either directly or contributorily, in any manner, including generally, but

10  not limited to manufacturing, importing, distributing, advertising, selling and/or

11  offering for sale any unauthorized product bearing the Coach Marks, or marks

12  confusingly similar or substantially similar to the Coach Marks, and, specifically from:

13    (a)    Using the Coach Marks or any reproduction, counterfeit, copy or

14  colorable imitation thereof in connection with the manufacture, importation,

15  distribution, advertisement, offer for sale and/or sale of merchandise comprising not

16  the genuine products of Coach, or in any manner likely to cause others to believe that

17  Defendants' products are connected with Coach or Coach's genuine merchandise;

18    (b)    Passing off, inducing or enabling others to sell or pass off any

19  products or other items that are not Coach's genuine merchandise as and for Coach's

20  genuine merchandise;

21    (c)    Leasing space to any tenant who is engaged in the manufacturing,

22  purchasing, production, distribution, circulation, sale, offering for sale, importation,

23  exportation, advertisement, promotion, display, shipping, marketing of Infringing

24  Products;

25    (d)    Committing any other acts calculated to cause purchasers to believe

26  that Defendants' products are Coach's genuine merchandise unless they are such;

27    (e)    Shipping, delivering, holding for sale, distributing, returning,

28  transferring or otherwise moving, storing or disposing of in any manner items falsely

[PROPOSED] ORDER RE CONSENT JUDGMENT INCLUDING VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

1  bearing the Coach Marks, or any reproduction, counterfeit, copy or colorable imitation

2  thereof; and

3           (f)     Assisting, aiding or attempting to assist or aid any other person or

4  entity in performing any of the prohibited activities referred to in Paragraphs 4(a) to

5  4(e) above.

6           6.      The parties have agreed that Defendants shall pay to Plaintiffs an amount

7  in settlement of Plaintiffs' demand for damages, profits, costs, disbursements, and

8  attorneys' fees based upon Defendants' alleged infringing activities.  Plaintiffs and

9  Defendants shall bear their own costs associated with this action.

10          7.      The execution of this Final Judgment shall serve to bind and obligate the

11 parties hereto.

12          8.      The jurisdiction of this Court is retained for the purpose of making any

13 further orders necessary or proper for the construction or modification of this Final

14 Judgment, the enforcement thereof and the punishment of any violations thereof.

15 Except as otherwise provided herein, this action is fully resolved with prejudice.

16

17 **IT IS SO ORDERED.**

18

19

20 DATED:  August 16, 2011                         _____

21                                                 Hon. R. Gary Klausner
                                                    **United States District Judge**

22

23

24

25

26

27

28

[PROPOSED] ORDER RE CONSENT JUDGMENT INCLUDING VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE